STATE of Missouri, Respondent,

v.

William PARKER, Appellant.

No. 60460.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 8, 1994.

Motion For Rehearing and/or Transfer to Supreme Court Denied Dec. 14, 1994.

Craig A. Johnston, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CARL R. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction of burglary in the first degree and robbery in the first degree. We affirm. We have reviewed the record and find the claims of error to be without merit.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).